JEREMY M. DELICINO
Nevada Bar No. 9331
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
(801) 364-6474 (Voice)
(801) 364-5014 (Fax)
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO: 2:12-CR-00381-PMP-CWH-1 |
|---|---|
| Plaintiff, | |
| vs. | UNOPPOSED MOTION TO PREPARE PRE-PLEA PRESENTENCE REPORT AND PROPOSED ORDER |
| RICKY RICHARDSON, | |
| Defendant. | |

The defendant moves this court for an order directing the United States Probation Office to prepare a pre-plea presentence report in this case. Based on discussions with the United States, counsel believe that preparation of such a report pre-plea may foster a resolution of the case. As such, a pre-plea report will promote judicial economy and is warranted in this case.

Assistant United States Attorney Phillip Smith stipulates to the above request.

DATED this 9th day of January, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/ Jeremy M. Delicino
By: _____
JEREMY M. DELICINO,
Nevada Bar No. 9331
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
Attorney for Defendant

/s/ Phillip N. Smith, Jr.
By: _____
PHILLIP N. SMITH, JR.,
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada 89101
Attorney for Plaintiff

ORDER

Based on the motion of the defendant, the stipulation of the United States, and for good cause, the Court hereby ORDERS that the United States Probation Department prepare a pre-plea presentence report in this case.

DATED AND DONE this 9th day of January, 2013.

PHILIP M. PRO
United State District Judge