# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Ricky Richardson**

Case Number: **2:12CR00381**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **January 13, 2014**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **37 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **February 22, 2016**

Revocation Sentence: **Time served prison, followed by 28 Months TSR.**

Date Supervision Commenced: **February 26, 2016**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

   On February 27, 2016, Richardson committed the offense of Driving Under the Influence, above the Legal Limit, 2nd offence, in violation of NRS 484C.020

**RE: Ricky Richardson**

Prob12C
D/NV Form
Rev. June 2014

On February 28, 2016, Richardson committed the offense of Basic Speed 16-20 mph over.

On the above noted date, Richardson was observed by Nevada Highway Patrol to be speeding. Richardson was pulled over, and upon failing a breathalyzer testing, was taken into custody of the above noted charges.

2. **Alcohol Abstinence** - You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants.

   As referenced in allegation #1, on February 27, 2016, Richardson committed the offense of Driving Under the Influence of Alcohol. Richardson's Breath Alcohol Content (BAC) was registered at .166, and .170, establishing excessive use of alcohol.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

☐ Revoked

☐ To extend the term of supervision Click here to enter text. months, for a total term of Click here to enter text. months.

☐ The conditions of supervision should be modified as follows:

RE: **Ricky Richardson**

Prob12C
D/NV Form
Rev. June 2014

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **February 29, 2016**

_____
Patrick Sumansky
United States Probation Officer

Approved:

_____
Robert Aquino
Supervisory United States Probation Officer

## THE COURT ORDERS

☐   No Action.

X   The issuance of a warrant.

☐   The issuance of a summons.

☐   Other:

_____
Signature of Judicial Officer

March 11, 2016
_____
Date

RE: **Ricky Richardson**

Prob12C
D/NV Form
Rev. June 2014

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. RICKY RICHARDSON, 2:12CR00381

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### February 29, 2016

On January 13, 2014, Richardson was sentenced to 37 months custody for committing the offense of Felon in Possession of a Firearm. On June 18, 2015, supervised release commenced. On December, 22, 2015, a petition to revoke supervision was filed. On February 22, 2016, the term of supervision was revoked and he was sentenced to time served with 28 months of supervision to follow. He was found guilty of: committing a new crime, failing to maintain employment, failing to report law enforcement contact, and excessive use of alcohol.

On February 22, 2016, Richardson was released from federal custody and taken into custody by Las Vegas Metropolitan Police Department on a local Domestic Battery warrant. Richardson was released from their custody on February 26, 2016.

On February 27, 2016, one day after being release from custody, Richardson consumed alcohol and made the anti-social decision to get behind the wheel of a vehicle and drive on the streets of our community. Fortunately, Richardson did not injury himself or anyone that was on the road, while he was driving. Richardson is currently in custody and scheduled to be seen in Las Vegas Justice on the DUI $2^{st}$ offense on Mach 30, 2016.

In light of Richardson's blatant violations of conditions of supervision, our office is recommending that a warrant be issued for his arrest and the he remain in custody pending revocation sentencing. Due to the offender's disregard for the Court's order causes our office to view him as a danger to the community and is not amenable to supervision at this time.

Respectfully submitted,

s.ytimg.com
2016.03.10
16:20:09 -08'00'

Patrick Sumansky
United States Probation Officer

Approved:

## RE: Ricky Richardson

Prob12C
D/NV Form
Rev. June 2014

_____  Robert G. Aquino
Robert Aquino                        2016.03.10 16:02:57 -08'00'
Supervisory United States Probation Officer